**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6280**

DWAYNE DELESTON,

Plaintiff - Appellant,

v.

WARDEN MILDRED RIVERA, Federal Correctional Institution Estill; CARLTON, Federal Correctional Institution Estill Camp Administrator; LIEUTENANT YATES; LIEUTENANT BOWEN; LIEUTENANT VINCENT; LIEUTENANT BUCKLER; CHIEF OF SECURITY CAPTAIN NORM,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge. (6:11-cv-02968-DCN)

Submitted:  May 31, 2012          Decided:  June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwayne Deleston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Deleston appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deleston v. Rivera, No. 6:11-cv-02968-DCN (D.S.C. Jan. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED